Huntington National Bank
7 Easton Oval EA1W18
Columbus, Ohio 43219

CHRISTOPHER J VITALE
13220 N SCOTTSDALE RD UNIT 5011
SCOTTSDALE AZ 85254-0127


Confidential
Exhibit B

CHRISTOPHER J VITALE
MASTERCARD WORLD ELITE CARD
Account Number: XXXX XXXX XXXX 7631

Huntington

PO Box 1558
Columbus OH 43272

## PAYMENT INFORMATION

| | |
|---|---|
| Statement Closing Date | 10/14/2025 |
| Past Due Amount | **$0.00** |
| New Balance | **$0.00** |
| Minimum Payment Due | **$0.00** |
| Due Date | **11/11/2025** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.00.

**Minimum Payment Warning:**
Your account currently has no balance and no minimum payment is due at this time.

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the Minimum Payment | 0 months | $0.00 |

If you would like information about credit counseling services, call 1-855-280-3415

## CASH REWARDS SUMMARY

| | | |
|---|---|---|
| Dollars As Of Date: | | 10/14/2025 |
| Previous Dollars Balance: | | $0.00 |
| Base Earned This Period: | + | $0.00 |
| Other Adjustments: | | $0.00 |
| **Current Cash Rewards Balance:** | **=** | **$0.00** |

Log on to Huntington.com to redeem & manage your Cash Rewards.

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Credit Limit | | $23,000.00 |
| **Total Available Credit** | | **$23,000.00** |
| Cash Credit Limit | | $3,450.00 |
| **Available Cash Credit** | | **$3,450.00** |
| Days in Billing Cycle | | 30 |
| Previous Balance | | $21,472.57 |
| Payments | - | $21,472.57 |
| Other Credits | - | $0.00 |
| **Subtotal** | | **$0.00** |
| Purchases & Adjustments | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$0.00** |
| **Interest Charged** | **+** | **$0.00** |
| **New Balance** | **=** | **$0.00** |

## AUTOMATIC PAYMENTS

Put your Huntington Credit Card to work for you. Set up automatic payments for all your bills.
Contact your phone, cable, or utility providers today to set up automatic payments.

5548 YMH 001 7 14 251014 0 PAGE 1 of 3 1 0 2323 5000 C052 O1AN5548

Notice: See reverse side for important information

Please detach bottom portion and submit with payment using enclosed envelope

Huntington
HUNTINGTON NATIONAL BANK
PO BOX 2360
OMAHA NE 68103-2360

| | |
|---|---|
| Account Number | xxxx xxxx xxxx 7631 |
| **Payment Due Date** | **November 11, 2025** |
| **New Balance** | **$0.00** |
| Minimum Payment Due | $0.00 |
| Past Due Amount | $0.00 |

Amount Enclosed
$

Make Check
Payable to:

CHRISTOPHER J VITALE
13220 N SCOTTSDALE RD UNIT 501
[redacted]

HUNTINGTON NATIONAL BANK
PO BOX 182387
COLUMBUS OH 43218-2387
[redacted]

PAY ONLINE
huntington.com
PAY BY PHONE
1-800-340-4165

PAY BY MAIL
Mail this coupon along with your check payable to:
HUNTINGTON NATIONAL BANK

[redacted]


Exhibit B

CHRISTOPHER J VITALE
MASTERCARD WORLD ELITE CARD

Closing Date 10/14/25

**ONLINE ACCOUNT SERVICING** - Conveniently manage your account online 24/7. Sign up for online account servicing to track expenses, set account alerts, manage payments and even view statement electronically. Register today...visit us at www.huntington.com
If you have any questions or concerns regarding this billing statement or your account, please call us at 800-340-4165.

## CARDHOLDER SUMMARY

| Primary Card | Card Number | Credit Limit | New Balance | Total Credit Available |
|---|---|---|---|---|
| CHRISTOPHER J VITALE | XXXX XXXX XXXX 7631 | $23,000.00 | $0.00 | $23,000.00 |
| **Additional Cards** | **Card Number** | | **Total Activity** | |
| CANDACE R VITALE | XXXX XXXX XXXX 1090 | | $0.00 | |

## PAYMENTS AND CREDITS

| Post Date | Tran Date | | | Reference Number | $ Amount |
|---|---|---|---|---|---|
| **Payments** | | | | | |
| **CHRISTOPHER J VITALE** | | | **XXXX XXXX XXXX 7631** | | **-$21,472.57** |
| 09/18 | 09/18 | Payment Recd - Thank You Columbus | OH | 2W6DR90W | $21,000.00 |
| 09/26 | 09/26 | Payment Recd - Thank You Columbus | OH | 2W6DR7KE | $472.57 |

## 2025 TOTALS YEAR-TO-DATE

| | |
|---|---|
| Total Fees charged in 2025 | $1,045.00 |
| Total Interest charged in 2025 | $0.30 |

## INTEREST CHARGE CALCULATION

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge | End Promo Date |
|---|---|---|---|---|
| Purchases | 15.99% (v) | $0.00 | $0.00 | |
| Cash Advances | 27.99% (v) | $0.00 | $0.00 | |
| Bt 0%/12 Ex 9/30/26 5% Fee | 0.00% (f) | $0.00 | $0.00 | 10/14/26 |

(v) = variable rate (f) = fixed rate

Please see the back of page 1 for the Calculation of Balance Subject to Interest Rate, Annual Fee, How to Avoid Interest on Purchases and other important information, as applicable.




Exhibit B

CHRISTOPHER J VITALE

MASTERCARD WORLD ELITE CARD

Account Number: XXXX XXXX XXXX 7631

**Huntington**

PO Box 1558
Columbus OH 43272

## PAYMENT INFORMATION

| | |
|---|---|
| Statement Closing Date | 12/14/2025 |
| Past Due Amount | **$0.00** |
| New Balance | **$17,999.98** |
| Minimum Payment Due | **$360.00** |
| Due Date | **01/11/2026** |

## CASH REWARDS SUMMARY

| | | |
|---|---|---|
| Dollars As Of Date: | | 12/14/2025 |
| Previous Dollars Balance: | | $0.00 |
| Base Earned This Period: | + | $0.00 |
| Other Adjustments: | | $0.00 |
| **Current Cash Rewards Balance:** | **=** | **$0.00** |

Log on to Huntington.com to redeem & manage your Cash Rewards.

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.00.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the Minimum Payment | 49 years | $51,206.00 |
| $631.00 | 3 years | $22,700.00<br>(Savings = $28,506.00) |

If you would like information about credit counseling services, call 1-855-280-3415

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Credit Limit | | $23,000.00 |
| **Total Available Credit** | | **$5,000.00** |
| Cash Credit Limit | | $3,450.00 |
| **Available Cash Credit** | | **$3,450.00** |
| **Days in Billing Cycle** | | 30 |
| Previous Balance | | $15,450.00 |
| Payments | - | $18,771.02 |
| Other Credits | - | $0.00 |
| **Subtotal** | | **-$3,321.02** |
| Purchases & Adjustments | + | $0.00 |
| Balance Transfer | + | $20,700.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$621.00** |
| **Interest Charged** | **+** | **$0.00** |
| **New Balance** | **=** | **$17,999.98** |

## AUTOMATIC PAYMENTS

Put your Huntington Credit Card to work for you. Set up automatic payments for all your bills.
Contact your phone, cable, or utility providers today to set up automatic payments.

5548 YMH 001 7 14 251214 0 PAGE 1 of 4 1 0 2323 5000 C052 O1AN5548

Notice: See reverse side for important information

Please detach bottom portion and submit with payment using enclosed envelope

**Huntington** HUNTINGTON NATIONAL BANK
PO BOX 2360
OMAHA NE 68103-2360

| | |
|---|---|
| Account Number | xxxx xxxx xxxx 7631 |
| **Payment Due Date** | **January 11, 2026** |
| **New Balance** | **$17,999.98** |
| Minimum Payment Due | $360.00 |
| Past Due Amount | $0.00 |

Amount Enclosed $

Make Check Payable to:

CHRISTOPHER J VITALE
13220 N SCOTTSDALE RD UNIT 501
SCOTTSDALE AZ 85254-4042
[redacted]

HUNTINGTON NATIONAL BANK
PO BOX 182387
COLUMBUS OH 43218-2387
[redacted]

PAY ONLINE
huntington.com
PAY BY PHONE
1-800-340-4165

PAY BY MAIL
Mail this coupon along with your check payable to:
HUNTINGTON NATIONAL BANK

[redacted]



Exhibit B

Closing Date 12/14/25

**ONLINE ACCOUNT SERVICING**- Conveniently manage your account online 24/7. Sign up for online account servicing to track expenses, set account alerts, manage payments and even view statement electronically. Register today...visit us at www.huntington.com
If you have any questions or concerns regarding this billing statement or your account, please call us at 800-340-4165.

## CARDHOLDER SUMMARY

| Primary Card | Card Number | Credit Limit | New Balance | Total Credit Available |
|---|---|---|---|---|
| CHRISTOPHER J VITALE | XXXX XXXX XXXX 7631 | $23,000.00 | $17,999.98 | $5,000.00 |
| **Additional Cards** | **Card Number** | | **Total Activity** | |
| CANDACE R VITALE | XXXX XXXX XXXX 1090 | | $0.00 | |

## PAYMENTS AND CREDITS

| Post Date | Tran Date | | | | Reference Number | $ Amount |
|---|---|---|---|---|---|---|
| **Payments** | | | | | | |
| **CHRISTOPHER J VITALE** | | | **XXXX XXXX XXXX 7631** | | | **-$18,771.02** |
| 11/15 | 11/15 | Pymt By Funds Transfer | Columbus | OH | 2W6DT1HD | $15,450.00 |
| 11/24 | 11/24 | Pymt By Funds Transfer | Columbus | OH | 2W6E035H | $1,280.02 |
| 11/27 | 11/27 | Pymt By Funds Transfer | Columbus | OH | 2W6DRW52 | $2,000.00 |
| 12/03 | 12/03 | Pymt By Funds Transfer | Columbus | OH | 2W6DT65Y | $40.00 |
| 12/03 | 12/03 | Pymt By Funds Transfer | Columbus | OH | 2W6DT666 | $1.00 |

## NEW PURCHASES

| Post Date | Tran Date | | | Reference Number | | |
|---|---|---|---|---|---|---|
| **CHRISTOPHER J VITALE** | | | **XXXX XXXX XXXX 7631** | | **Total Activity** | **$20,700.00** |
| 11/21 | 11/21 | Bal Trans: 5000 American Express<br>Balance Transfer | | 00XTMM2G | | $20,700.00 |

## FEES CHARGED

| Post Date | Tran Date | | |
|---|---|---|---|
| 11/21 | 11/21 | Balance Transfer Fee | $621.00 |
| | | **Total Fees For This Period** | **$621.00** |

## 2025 TOTALS YEAR-TO-DATE

| | |
|---|---|
| Total Fees charged in 2025 | $2,116.00 |
| Total Interest charged in 2025 | $0.30 |

5548 YMH 001 7 14 251214 0 PAGE 3 of 4 1 0 2323 5000 C052 O1AN5548



Exhibit B

CHRISTOPHER J VITALE
MASTERCARD WORLD ELITE CARD
Account Number: XXXX XXXX XXXX 7631

Huntington

PO Box 1558
Columbus OH 43272

## PAYMENT INFORMATION

| | |
|---|---|
| Statement Closing Date | 11/14/2025 |
| Past Due Amount | **$0.00** |
| New Balance | **$15,450.00** |
| Minimum Payment Due | **$309.00** |
| Due Date | **12/11/2025** |

## CASH REWARDS SUMMARY

| | | |
|---|---|---|
| Dollars As Of Date: | | 11/14/2025 |
| Previous Dollars Balance: | | $0.00 |
| Base Earned This Period: | + | $0.00 |
| Other Adjustments: | | $0.00 |
| **Current Cash Rewards Balance:** | = | **$0.00** |

Log on to Huntington.com to redeem & manage your Cash Rewards.

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.00.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the Minimum Payment | 47 years | $43,812.00 |
| $541.00 | 3 years | $19,484.00 (Savings = $24,328.00) |

If you would like information about credit counseling services, call 1-855-280-3415

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Credit Limit | | $23,000.00 |
| **Total Available Credit** | | **$7,550.00** |
| Cash Credit Limit | | $3,450.00 |
| **Available Cash Credit** | | **$3,450.00** |
| Days in Billing Cycle | | 31 |
| Previous Balance | | $0.00 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| **Subtotal** | | **$0.00** |
| Purchases & Adjustments | + | $0.00 |
| Balance Transfer | + | $15,000.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$450.00** |
| **Interest Charged** | + | **$0.00** |
| **New Balance** | = | **$15,450.00** |

## AUTOMATIC PAYMENTS

Put your Huntington Credit Card to work for you. Set up automatic payments for all your bills. Contact your phone, cable, or utility providers today to set up automatic payments.

5548 YMH 001 7 14 251114 0 PAGE 1 of 3 1 0 2323 5000 C052 O1AN5548

Notice: See reverse side for important information

Please detach bottom portion and submit with payment using enclosed envelope

Huntington HUNTINGTON NATIONAL BANK
PO BOX 2360
OMAHA NE 68103-2360

| | |
|---|---|
| Account Number | xxxx xxxx xxxx 7631 |
| **Payment Due Date** | **December 11, 2025** |
| **New Balance** | **$15,450.00** |
| Minimum Payment Due | $309.00 |
| Past Due Amount | $0.00 |

Amount Enclosed

Make Check Payable to: $

CHRISTOPHER J VITALE
13220 N SCOTTSDALE RD UNIT 501
SCOTTSDALE AZ 85254-4042
[redacted]

HUNTINGTON NATIONAL BANK
PO BOX 182387
COLUMBUS OH 43218-2387
[redacted]

PAY ONLINE
huntington.com
PAY BY PHONE
1-800-340-4165

PAY BY MAIL
Mail this coupon along with your check payable to HUNTINGTON NATIONAL BANK

[redacted]



Exhibit B

**ONLINE ACCOUNT SERVICING**- Conveniently manage your account online 24/7. Sign up for online account servicing to track expenses, set account alerts, manage payments and even view statement electronically. Register today...visit us at www.huntington.com
If you have any questions or concerns regarding this billing statement or your account, please call us at 800-340-4165.

## CARDHOLDER SUMMARY

| Primary Card | Card Number | Credit Limit | New Balance | Total Credit Available |
|---|---|---|---|---|
| CHRISTOPHER J VITALE | XXXX XXXX XXXX 7631 | $23,000.00 | $15,450.00 | $7,550.00 |
| **Additional Cards** | **Card Number** | | **Total Activity** | |
| CANDACE R VITALE | XXXX XXXX XXXX 1090 | | $0.00 | |

## NEW PURCHASES

| Post Date | Tran Date | | Reference Number | |
|---|---|---|---|---|
| **CHRISTOPHER J VITALE** | | **XXXX XXXX XXXX 7631** | **Total Activity** | **$15,000.00** |
| 11/02 | 11/02 | Bal Trans: 5000 American Express<br>Balance Transfer | 00XTMM67 | $15,000.00 |

## FEES CHARGED

| Post Date | Tran Date | | |
|---|---|---|---|
| 11/02 | 11/02 | Balance Transfer Fee | $450.00 |
| | | **Total Fees For This Period** | **$450.00** |

## 2025 TOTALS YEAR-TO-DATE

| | |
|---|---|
| Total Fees charged in 2025 | $1,495.00 |
| Total Interest charged in 2025 | $0.30 |

## INTEREST CHARGE CALCULATION

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge | End Promo Date |
|---|---|---|---|---|
| Purchases | 15.74% (v) | $0.00 | $0.00 | |
| Cash Advances | 27.74% (v) | $0.00 | $0.00 | |
| Bt 0%/12 Ex 9/30/26 5% Fee | 0.00% (f) | $0.00 | $0.00 | 10/14/26 |
| Balance Transfer | 15.74% (v) | $0.00 | $0.00 | |

(v) = variable rate (f) = fixed rate

Please see the back of page 1 for the Calculation of Balance Subject to Interest Rate, Annual Fee, How to Avoid Interest on Purchases and other important information, as applicable.

CHRISTOPHER J VITALE
MASTERCARD WORLD ELITE CARD
Account Number: XXXX XXXX XXXX 7631

Huntington

PO Box 1558
Columbus OH 43272

## PAYMENT INFORMATION

| | |
|---|---|
| Statement Closing Date | 01/14/2026 |
| Past Due Amount | **$0.00** |
| New Balance | **$22,810.47** |
| Minimum Payment Due | **$294.00** |
| Due Date | **02/11/2026** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $38.00.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the Minimum Payment | 121 years | $376,991.00 |
| $815.00 | 3 years | $29,353.00 (Savings = $347,638.00) |

If you would like information about credit counseling services, call 1-855-280-3415

## CASH REWARDS SUMMARY

| | | |
|---|---|---|
| Dollars As Of Date: | | 01/14/2026 |
| Previous Dollars Balance: | | $0.00 |
| Base Earned This Period: | + | $45.36 |
| Other Adjustments: | | $0.00 |
| **Current Cash Rewards Balance:** | **=** | **$45.36** |

Log on to Huntington.com to redeem & manage your Cash Rewards.

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Credit Limit | | $23,000.00 |
| **Total Available Credit** | | **$189.00** |
| Cash Credit Limit | | $3,450.00 |
| **Available Cash Credit** | | **$189.00** |
| Days in Billing Cycle | | 31 |
| Previous Balance | | $17,999.98 |
| Payments | - | $2,000.00 |
| Other Credits | - | $45.36 |
| **Subtotal** | | **$15,954.62** |
| Purchases & Adjustments | + | $3,024.00 |
| Cash Advances | + | $3,450.00 |
| **Fees Charged** | **+** | **$103.50** |
| **Interest Charged** | **+** | **$278.35** |
| **New Balance** | **=** | **$22,810.47** |

GO PAPERLESS

**Reduce the risk of identity theft.** And get secure access to statements for the last 24 months.

5548 YMH 001 7 14 260114 0 PAGE 1 of 4 1 0 2323 5000 C052 O1AN5548

Notice: See reverse side for important information

Please detach bottom portion and submit with payment using enclosed envelope

| | |
|---|---|
| Account Number | xxxx xxxx xxxx 7631 |
| **Payment Due Date** | **February 11, 2026** |
| **New Balance** | **$22,810.47** |
| Minimum Payment Due | $294.00 |
| Past Due Amount | $0.00 |

Huntington

HUNTINGTON NATIONAL BANK
PO BOX 2360
OMAHA NE 68103-2360

Amount Enclosed

Make Check Payable to: $

CHRISTOPHER J VITALE
13220 N SCOTTSDALE RD UNIT 501
SCOTTSDALE AZ 85254-4042
[redacted]

HUNTINGTON NATIONAL BANK
PO BOX 182387
COLUMBUS OH 43218-2387
[redacted]

[redacted]

**PAY ONLINE**
huntington.com
**PAY BY PHONE**
1-800-3[illegible]

**PAY BY MAIL**
Mail this coupon along with your check payable to: HUNTINGTON NATIONAL BANK

CHRISTOPHER J VITALE

MASTERCARD WORLD ELITE CARD

Closing Date 01/14/26

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us at: HUNTINGTON NATIONAL BANK - DISPUTE RESOLUTION,
PO BOX 1558 (GW4W61), Columbus, OH 43216

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:
HUNTINGTON NATIONAL BANK - DISPUTE RESOLUTION
PO BOX 1558 (GW4W61), COLUMBUS, OH 43216

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

| | | | |
|---|---|---|---|
| Customer Care & Billing Inquiries: | 800-340-4165 | Lost/Stolen Card: | 800-340-4165 |
| International Collect: | 614-480-6522 | Large Print/Braille: | 800-340-4165 |

**Crediting of Payments:** You may make payments by mail, by phone, online, or at a branch location. Mailed payments must be received by 5 PM Eastern Time at our payment address to be credited as of the date received.

The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial Institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

**Electronic Check Conversion:** If you send an eligible check with this payment coupon, you authorize us to make a one-time electronic fund transfer from your account. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.

**Credit Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Paid in full:** Payments marked "Paid in Full" must be sent to the follow address: HUNTINGTON NATIONAL BANK, 7 EASTON OVAL/PO BOX 182387 (EA1W18), COLUMBUS, OH 43218-2387

**Calculation of Balance Subject to Interest Rate:** We calculate separate Balances Subject to an Interest Rate for each type of transaction associated with your Account. We calculate interest for each billing period by multiplying the average daily balance for each transaction type by the applicable daily periodic rate and then multiplying that result by the number of days in the billing cycle. The applicable daily periodic rate is 1/365th of the annual percentage rate for the transaction type in effect for the billing period. We add all the interest charges for each transaction type and round to the nearest penny, to get your total interest charges for that billing period.

**Average Daily Balance**

A. **Ending Daily Balance**. To get the average daily balance, we first determine the ending daily balance each day. To do this:
   - We start with the ending daily balance from the previous day.
   - We then add to the balance:
     An interest charge equal to the applicable daily periodic rate multiplied by the ending balance from the prior day (known as compounding of interest) and any new transactions or other debits (including, if applicable, any transaction fees, other fees and unpaid interest charges).
   - We then subtract from each balance, as applicable, the new day's payments and credits, and treat any net credit balance as a zero balance.

B. **Averaging Method.** We then add together the ending daily balances for each day in the billing period. We then divide the total for each transaction type by the number of days in that billing period. This gives us the average daily balance.

**How to Avoid Paying Interest on Purchases:** Your due date is at least 21 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire balance by the payment due date each month. We will begin charging interest on cash advances and balance transfers on the transaction date.

**Minimum Interest Charge:** If you are charged interest, it will be no less than $1.00.

**Credit Reporting Disputes:** If you think we reported inaccurate information to a credit bureau, write to the following address: HUNTINGTON NATIONAL BANK, PO BOX 1558, COLUMBUS, OH 43272-4195. Include your name, address, account number and a detailed description of the information you feel is inaccurate.

O1AR5548 - 3 - 10/09/17

Huntington

**Change of Address: If the information on the front of this statement is incorrect, please provide updated information.**

1. Go to www.huntington.com to update your information online, OR
2. Call Customer Care at the phone number provided above.



Exhibit B

Closing Date 01/14/26

**ONLINE ACCOUNT SERVICING-** Conveniently manage your account online 24/7. Sign up for online account servicing to track expenses, set account alerts, manage payments and even view statement electronically. Register today...visit us at www.huntington.com
If you have any questions or concerns regarding this billing statement or your account, please call us at 800-340-4165.

## PAYMENTS AND CREDITS

| Post Date | Tran Date | | Reference Number | |
|---|---|---|---|---|
| **Payments** | | | | **$ Amount** |
| **CHRISTOPHER J VITALE** | | **XXXX XXXX XXXX 7631** | | **-$2,000.00** |
| 12/16 | 12/16 | Pymt By Funds Transfer Columbus OH | 2W6DRYSQ | $500.00 |
| 12/19 | 12/19 | Pymt By Funds Transfer Columbus OH | 2W6DWE2Y | $1,000.00 |
| 12/29 | 12/29 | Payment Recd - Thank You Columbus OH | 2W6DR7VM | $500.00 |
| **Credits** | | | | **$ Amount** |
| **CHRISTOPHER J VITALE** | | **XXXX XXXX XXXX 7631** | | **-$45.36** |
| 01/14 | 01/14 | Cash Back Rewards Redeemed This Cycle | | $45.36 |

## NEW PURCHASES

| Post Date | Tran Date | | Reference Number | |
|---|---|---|---|---|
| **CHRISTOPHER J VITALE** | | **XXXX XXXX XXXX 7631** | **Total Activity** | **$6,474.00** |
| 12/29 | 12/29 | Cash Advance | 2W6DR7PH | $3,450.00 |
| 12/30 | 12/30 | Ganem Jewelers Phoenix AZ | S66K33K6 | $3,000.00 |
| 01/04 | 01/04 | Cricket*Debtcounseling 8667190400 OR | MMRH5FEQ | $24.00 |

## FEES CHARGED

| Post Date | Tran Date | | |
|---|---|---|---|
| 12/29 | 12/29 | Cash Advance Fee | $103.50 |
| | | **Total Fees For This Period** | **$103.50** |

## INTEREST CHARGED

| Post Date | Tran Date | | |
|---|---|---|---|
| 01/14 | 01/14 | Interest Charge On Balance Transfers | $218.46 |
| 01/14 | 01/14 | Interest Charge On Purchases | $20.56 |
| 01/14 | 01/14 | Interest Charge On Cash Advances | $39.33 |
| | | **Total Interest For This Period** | **$278.35** |

## 2026 TOTALS YEAR-TO-DATE

| | |
|---|---|
| Total Fees charged in 2026 | $103.50 |
| Total Interest charged in 2026 | $278.35 |

5548 YMH 001 7 14 260114 0 PAGE 3 of 4 1 0 2323 5000 C052 O1AN5548



Exhibit B

## INTEREST CHARGE CALCULATION

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge | End Promo Date |
|---|---|---|---|---|
| Purchases | 15.49% (v) | $1,561.85 | $20.56 | |
| Cash Advances | 27.49% (v) | $1,684.62 | $39.33 | |
| Balance Transfer | 15.49% (v) | $16,605.45 | $218.46 | |

(v) = variable rate

Please see the back of page 1 for the Calculation of Balance Subject to Interest Rate, Annual Fee, How to Avoid Interest on Purchases and other important information, as applicable.


Case 2:26-bk-00581-PS Doc 40-2 Filed 06/18/26 Entered 06/18/26 15:58:18 Desc
Exhibit B - Statements Page 11 of 11
Exhibit B